IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**  Carter, David

Printed: 5/27/08

Case Number: 07 B 06016
Judge: Wedoff, Eugene R
Filed: 4/3/07

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:  Dismissed: April 10, 2008
Confirmed: August 23, 2007

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 3,172.62 |  |
| Secured: |  | 327.30 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 2,674.00 |
| Trustee Fee: |  | 171.32 |
| Other Funds: |  | 0.00 |
| Totals: | 3,172.62 | 3,172.62 |

## DISBURSEMENT DETAIL

| # | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Bennie W Fernandez | Administrative | 2,674.00 | 2,674.00 |
| 2. | Fremont Investment & Loan | Secured | 0.00 | 0.00 |
| 3. | American General Finance | Secured | 0.00 | 0.00 |
| 4. | American General Finance | Secured | 2,588.18 | 225.78 |
| 5. | Fremont Investment & Loan | Secured | 29,229.97 | 101.52 |
| 6. | Illinois Dept of Revenue | Priority | 179.19 | 0.00 |
| 7. | RoundUp Funding LLC | Unsecured | 540.43 | 0.00 |
| 8. | ECast Settlement Corp | Unsecured | 316.47 | 0.00 |
| 9. | Capital One | Unsecured | 520.41 | 0.00 |
| 10. | RoundUp Funding LLC | Unsecured | 859.42 | 0.00 |
| 11. | American Express Centurion | Unsecured | 588.28 | 0.00 |
| 12. | Capital One | Unsecured | 479.92 | 0.00 |
| 13. | Illinois Dept of Revenue | Unsecured | 17.82 | 0.00 |
| 14. | American Express | Unsecured |  | No Claim Filed |
| 15. | Capital One | Unsecured |  | No Claim Filed |
| 16. | American General Finance | Unsecured |  | No Claim Filed |
| 17. | Amex | Unsecured |  | No Claim Filed |
| 18. | Arrow Financial Services | Unsecured |  | No Claim Filed |
| 19. | Check Recovery Systems | Unsecured |  | No Claim Filed |
| 20. | Chase | Unsecured |  | No Claim Filed |
| 21. | Chicago Municipal Ct Dist | Unsecured |  | No Claim Filed |
| 22. | HSBC | Unsecured |  | No Claim Filed |
| 23. | Check Recovery Systems | Unsecured |  | No Claim Filed |
| 24. | Walmart | Unsecured |  | No Claim Filed |
| 25. | H & F Law | Unsecured |  | No Claim Filed |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:** Carter, David | Case Number: 07 B 06016 |
| | Judge: Wedoff, Eugene R |
| Printed: 5/27/08 | Filed: 4/3/07 |

| | | | |
|---|---|---|---|
| 26. HSBC | Unsecured | | No Claim Filed |
| 27. Peoples Energy Corp | Unsecured | | No Claim Filed |
| | | _____ | _____ |
| | | $ 37,994.09 | $ 3,001.30 |

### TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.4% | 171.32 |
| | _____ |
| | $ 171.32 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

_____